IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMMIE FEATHERSTONE, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. 11-00488-WS-B |
| | : |
| HOME OIL COMPANY, *et al.*, | : |
| | : |
|     Defendants. | : |

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** for lack of subject matter jurisdiction.

**DONE** this 30th day of November, 2011.

                                              s/WILLIAM H. STEELE
                                              **CHIEF UNITED STATES DISTRICT JUDGE**