```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

JAMMIE FEATHERSTONE,              :
                                  :
    Plaintiff,                    :
                                  :
v.                                : CIVIL ACTION NO. 11-00488-WS-B
                                  :
HOME OIL COMPANY, *et al.*,       :
                                  :
    Defendants.                   :

### JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** for lack of subject matter jurisdiction.

**DONE** this 30th day of November, 2011.

                                              s/WILLIAM H. STEELE
                                              **CHIEF UNITED STATES DISTRICT JUDGE**